**08 C 441**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

# EXHIBIT 1

# TUFENKIAN

ARTISAN CARPETS

March 12, 2007

Mr. Marc Maghsoudi
Gallerie One
222 Merchandise Mart Plaza, Suite 600
Chicago, IL 60654

Dear Mr. Maghsoudi;

I am writing to advise you that Tufenkian Carpets has made a unilateral decision to terminate the relationship with your Company.

Please advise us of any projects your sales personnel have been developing. The projects should be registered and the list sent to me by March 31st. The rugs must be ordered by April 30, 2007. Effective immediately, all orders will be purchased on a cash before delivery basis. However, nothing will be shipped until all consignment rugs have been returned to Tufenkian. As of April 1, 2007 Tufenkian Carpets will supply only custom or back-ordered rugs that have been paid in full.

Sales Support will issue return authorizations for any rugs consigned to you. These need to be returned within 30 days in order for you not to be invoiced.

Sales Support will also issue a return authorization for any promotional materials you may have. You will have 30 days to return these items as well. Credit will be issued once the items have been inspected and found to be in a re-sellable condition.

We appreciate your past business and wish you the best in your future endeavors.

Regards,

Harry Fry
Vice President, Sales & Marketing

Cc:  T. Collins, Regional Sales Manager
     R. Elliott, Regional Director of Sales
     E. Jacobson, Chief Financial Officer
     R. Hicks, Credit Collections Manager
     R. Fernicola, Vice President, Operations
     M. Mesropian, Director of Customer Relations
     J. Mestre, Sales Support Representative

# EXHIBIT 2



*Distinctive Rugs*

12/5/07

Eric Jacobson,

Gallerie One has decided to return all the consignment merchandise as well as $27,500 worth of Tufenkian invoiced and paid for samples against our open invoices.

You may have your representative pick this merchandise up next week December 10th through the 14th with paperwork indicating the proper credits to our account the same day prior to the merchandise removal from the showroom. I ask that you call to set up a time for this prior to your representative's arrival.

It is still unclear to me how the advertising credit has been applied and how it affects the open invoices. Of the $5950.00 advertising cost for 2007, how much of this has been credited to our open invoices. I would like a detailed explanation of this.


Marc Maghsoudi