UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MAGHSOUDI ENTERPRISES, INC., d/b/a GALLERIE ONE DISTINCTIVE RUGS,<br><br>Plaintiff,<br><br>v.<br><br>TUFENKIAN IMPORT-EXPORT VENTURES, INC.<br><br>Defendant. | No. 08 C 441<br><br>Judge Gottschall<br>Magistrate Judge Cox |

**NOTICE OF DEFENDANT'S RULE 12(b)(6)
MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that on February 14, 2008, at 9:30 a.m. or at such time thereafter as I may first be heard, I shall appear before Judge Gottschall or such other Judge sitting in her stead in the above-captioned action in the United States District Court for the Northern District of Illinois, Eastern Division, and shall present the Defendant's Rule 12(b)(6) Motion to Dismiss the Plaintiff's Complaint.

Dated: February 11, 2008

Respectfully submitted,

*/s/ Debra J. Tucker*

_____
One of the attorneys for Defendant
Tufenkian Import-Export Ventures, Inc.

Debra J. Tucker
Ryan D. Strohmeier

THE TUCKER FIRM, LLC
1723 N. Halsted Street
Chicago, Illinois 60614
Phone (312) 202-0222
Facsimile (312) 202-0444

**CERTIFICATE OF SERVICE**

To: Mr. Arthur S. Gold
    GOLD & COULSON
    11 S. LaSalle Street, Suite 2402
    Chicago, IL  60603


I, Debra J. Tucker, an attorney under oath hereby swear that I served a copy of the Defendant's Notice of the Defendant's Rule 12(b)(6) Motion to Dismiss the Plaintiff's Complaint and this Certificate of Service on the Plaintiff by depositing the same on February 11, 2008 at the post office located at Fullerton and Sheffield in Chicago, Illinois with postage prepaid and addressed to the Plaintiff's counsel at the address set forth above to be delivered by first class U.S. mail.


February 11, 2008

_____
Debra J. Tucker

THE TUCKER FIRM, LLC
1723 N. Halsted Street
Chicago, Illinois 60614
Phone (312) 202-0222
Facsimile (312) 202-0444