UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MAGHSOUDI ENTERPRISES, INC., d/b/a GALLERIE ONE DISTINCTIVE RUGS,<br><br>    Plaintiff,<br><br>v.<br><br>TUFENKIAN IMPORT-EXPORT VENTURES, INC.<br><br>    Defendant. | No. 08 C 441<br><br>Judge Gottschall<br>Magistrate Judge Cox |

**NOTICE OF FILING OF DEFENDANT'S RULE 12(b)(6)
MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

    PLEASE TAKE NOTICE that on February 11, 2008, I filed on behalf of the Defendant Tukenkian Import-Export Ventures, Inc. in the United States District Court for the Northern District of Illinois, Eastern Division, in the above-captioned action the Defendant's Rule 12(b)(6) Motion to Dismiss the Plaintiff's Complaint, Brief in Support of the Defendant's Motion, this Notice of Filing, and Proof of Service.

Dated: February 11, 2008

Respectfully submitted,

*/s/ Debra J. Tucker*

_____

One of the attorneys for Defendant
Tufenkian Import-Export Ventures, Inc.

Debra J. Tucker
Ryan D. Strohmeier

THE TUCKER FIRM, LLC
1723 N. Halsted Street
Chicago, Illinois 60614
Phone (312) 202-0222
Facsimile (312) 202-0444

**PROOF OF SERVICE**

To:  Mr. Arthur S. Gold
     GOLD & COULSON
     11 S. LaSalle Street, Suite 2402
     Chicago, IL  60603


I, Debra J. Tucker, an attorney under oath hereby swear that I served a copy of the Defendant's Notice of Filing of the Defendant's Rule 12(b)(6) Motion to Dismiss the Plaintiff's Complaint and this Proof of Service on the Plaintiff by depositing the same on February 11, 2008 at the post office located at Fullerton and Sheffield in Chicago, Illinois with postage prepaid and addressed to the Plaintiff's counsel at the address set forth above to be delivered by first class U.S. mail.


February 11, 2008

_____
Debra J. Tucker

THE TUCKER FIRM, LLC
1723 N. Halsted Street
Chicago, Illinois 60614
Phone (312) 202-0222
Facsimile (312) 202-0444