UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC MAGHSOUDI ENTERPRISES, INC., d/b/a GALLERIE ONE DISTINCTIVE RUGS, <br><br> Plaintiff, <br><br> v. <br><br> TUFENKIAN IMPORT-EXPORT VENTURES, INC. <br><br> Defendant. | No. 08 C 441 <br><br> Judge Gottschall <br> Magistrate Judge Cox |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

The Defendant, Tukenkian Import-Export Ventures, Inc., hereby states that it does not have any parent corporation and that there is no publicly-held corporation that owns 10% or more of its stock.

Dated: February 11, 2008

Respectfully submitted,

*/s/ Debra J. Tucker*

_____
One of the attorneys for Defendant
Tufenkian Import-Export Ventures,
Inc.

Debra J. Tucker
Ryan D. Strohmeier

THE TUCKER FIRM, LLC
1723 N. Halsted Street
Chicago, Illinois 60614
Phone (312) 202-0222
Facsimile (312) 202-0444

**PROOF OF SERVICE**

To: Mr. Arthur S. Gold
    GOLD & COULSON
    11 S. LaSalle Street, Suite 2402
    Chicago, IL  60603


I, Debra J. Tucker, an attorney under oath hereby swear that I served a copy of the Defendant's Rule 7.1 Disclosure Statement and this Proof of Service on the Plaintiff by depositing the same on February 11, 2008 at the post office located at Fullerton and Sheffield in Chicago, Illinois with postage prepaid and addressed to the Plaintiff's counsel at the address set forth above to be delivered by first class U.S. mail.


Dated: February 11, 2008

_____
Debra J. Tucker

THE TUCKER FIRM, LLC
1723 N. Halsted Street
Chicago, Illinois 60614
Phone (312) 202-0222
Facsimile (312) 202-0444