# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Marc Maghsoudi Enterprises, Inc.
                                                        Plaintiff,

v.                                                             Case No.: 1:08−cv−00441
                                                              Honorable Joan B. Gottschall

Tufenkian Import/Export Ventures, Inc.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Briefing schedule as to MOTION by Defendant Tufenkian Import/Export Ventures, Inc. to dismiss [6] is as follows : Responses due by 3/13/2008. Replies due by 4/3/2008. Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.